IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00964-NYW

UNITED STATES OF AMERICA,

       Plaintiff,

v.

$14,766.03 IN UNITED STATES CURRENCY,

       Defendant.

_____

## FINAL ORDER OF FORFEITURE
_____

THIS MATTER comes before the court on the United States' Motion for Final Order of Forfeiture, the court having reviewed said Motion FINDS:

THAT the United States commenced this action in rem pursuant to 21 U.S.C. § 881;

THAT all known parties have been provided with an opportunity to respond and that publication has been effected as required by Supplemental Rule G(4);

THAT the United States and claimant William Darby, through counsel Nadav Aschner, Esq. have reached a settlement in this case as to Defendant $14,766.03 in United States currency resolving all issues with regards to defendant currency;

THAT forfeiture of $8000.00 of Defendant $14,766.03 in United States currency shall enter in favor of the United States;

THAT it further appears there is cause to issue a forfeiture order under 21 U.S.C. § 881.

NOW, THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT forfeiture of $8,000.00 of Defendant $14,766.03 in United States currency shall enter in favor of the United States; the United States shall have full and legal title to the Defendant asset, and may dispose of Defendant asset in accordance with law and in accordance with the terms and provisions of the parties' Settlement Agreement;

THAT the Clerk of Court is directed to enter Judgment; and

THAT a Certificate of Reasonable Cause, which this Order constitutes, is granted as to the Defendant asset pursuant to 28 U.S.C. § 2465.

DATED: July 23, 2015                                        BY THE COURT:

                                                            s/Nina Y. Wang_____
                                                            United States Magistrate Judge